RUTH REALTY, LLC *v.* LEO D'ADDONA ET AL.
(AC 32938)

Espinosa, Bishop and Foti, Js.

Argued September 19—officially released October 18, 2011

Per Curiam. The judgment is affirmed.

PATRICIA ROBINSON *v.* DEPARTMENT OF MENTAL
HEALTH AND ADDICTION SERVICES ET AL.
(AC 32920)

Espinosa, Bishop and Foti, Js.

Argued September 19—officially released October 18, 2011

Per Curiam. The judgment is affirmed.

MALGORZATA D. TARASIUK *v.* JACEK TARASIUK
(AC 32828)

DiPentima, C. J., and Robinson and Bishop, Js.

Argued September 20—officially released October 18, 2011

Per Curiam. The judgment is affirmed.